United States District Court
Southern District of Texas
**ENTERED**
September 28, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Linetec Services, LLC, et al., | § | |
| | § | |
| *versus* | § | Civil Action 4:26−cv−08224 |
| | § | |
| AMP Utility Company, LLC, et al. | § | |

# Recusal Order

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Court settings are vacated.

Signed on September 28, 2026, at Houston, Texas .

David Hittner
United States District Judge