**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Linetec Services, LLC, et al. | § | |
| | § | |
| | § | |
| *versus* | § | Civil Action 4:26−cv−08224 |
| | § | |
| | § | |
| AMP Utility Company, LLC, et al. | § | |

# Notice of Reassignment

This case is reassigned to Judge Keith P Ellison.

Entered: September 28, 2026

Nathan Ochsner, Clerk