**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| LINETEC SERVICES, LLC and CENTURI GROUP, INC., | § | |
| *Plaintiffs,* | § | |
| v. | § | Civil Action No. 4:26-cv-08224 |
| AMP UTILITY COMPANY, LLC, MICK DUBEA, BRENT HOOPER, and CORY CLOSE, | § | |
| *Defendants.* | § | |

**NOTICE OF APPEARANCE AND DESIGNATION OF ATTORNEY-IN-CHARGE AND ADDITIONAL COUNSEL FOR PLAINTIFFS LINETEC SERVICES, LLC AND CENTURI GROUP, INC.**

Plaintiffs Linetec Services, LLC and Centuri Group, Inc. (collectively, "Plaintiffs"), by and through undersigned counsel, hereby file this Notice of Appearance and Designation of Attorney-in-Charge and Additional Counsel. Plaintiffs designate the following attorney as attorney-in-charge in this matter:

**Yasser A. Madriz**
Mayer Brown LLP
Texas State Bar No. 24037015
S.D. Texas Bar No. 39080
YMadriz@mayerbrown.com
700 Louisiana Street, Suite 3400
Houston, Texas 77002-2730
(713) 238-2725 Telephone

Plaintiffs further designate the following attorneys as additional counsel of record:

1. **Meghaan C. Madriz**
Mayer Brown LLP
Texas State Bar No. 24070241
S.D. Texas Bar No. 1062431
MMadriz@mayerbrown.com
700 Louisiana Street, Suite 3400

Houston, Texas 77002-2730
(713) 238-2725 Telephone

2. **Miles Indest**
Mayer Brown LLP
Texas State Bar No. 24101952
S.D. Texas Bar No. 3070349
MIndest@mayerbrown.com
700 Louisiana Street, Suite 3400
Houston, Texas 77002-2730
(713) 238-2725 Telephone

3. **Jason Huebinger**
Mayer Brown LLP
Texas State Bar No. 24065460
S.D. Texas Bar No. 1717237
JHuebinger@mayerbrown.com
700 Louisiana Street, Suite 3400
Houston, Texas 77002-2730
(713) 238-2725 Telephone

4. **Kellie Constantine**
Mayer Brown LLP
Texas State Bar No. 24137338
S.D. Texas Bar No. 3893390
Kconstantine@mayerbrown.com
700 Louisiana Street, Suite 3400
Houston, Texas 77002-2730
(713) 238-2725 Telephone

Please provide copies of all notices, correspondence, or communications of any kind regarding the above-styled and numbered cause to the attorney-in-charge and counsel of record listed above.

Dated: September 30, 2026

Respectfully submitted,

MAYER BROWN LLP

*/s/ Yasser A. Madriz*
Yasser A. Madriz
***Attorney-in-Charge***
Texas State Bar No. 24037015
S.D. Texas Bar No. 39080

YMadriz@mayerbrown.com
700 Louisiana Street, Suite 3400
Houston, Texas 77002-2730
(713) 238-2725 Telephone

**OF COUNSEL:**

Meghaan C. Madriz
Texas State Bar No. 24070241
S.D. Texas Bar No. 1062431
MMadriz@mayerbrown.com
Miles Indest
Texas State Bar No. 24101952
S.D. Texas Bar No. 3070349
MIndest@mayerbrown.com
Jason Huebinger
Texas State Bar No. 24065460
S.D. Texas Bar No. 1717237
JHuebinger@mayerbrown.com
Kellie Constantine
Texas State Bar No. 24137338
S.D. Texas Bar No. 3893390
Kconstantine@mayerbrown.com
MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, Texas 77002-2730

**ATTORNEYS FOR PLAINTIFFS LINETEC SERVICES, LLC AND CENTURI GROUP, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, a true and correct copy of this document was served via the Court's electronic case filing system (CM/ECF) to all parties registered to receive such notice in the above captioned case.

*/s/ Yasser A. Madriz*
Yasser A. Madriz