**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| LINETEC SERVICES, LLC and CENTURI GROUP, INC., | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:26-cv-08224 |
| AMP UTILITY COMPANY, LLC, MICK DUBEA, BRENT HOOPER, and CORY CLOSE, | § | |
| Defendants. | § | |

**NOTICE OF FILING OF DECLARATION OF CORY CLOSE**

Subject to and without waiving any defenses, objections, or other rights under the Federal Rules of Civil Procedure, including under Rules 12(b)(2) and (6), Defendant Cory Close now submits the attached Declaration in opposition to Plaintiffs' Emergency Motion for Temporary Restraining Order and Emergency Motion for Expedited Discovery.

Respectfully submitted,

**DOW GOLUB REMELS & GILBREATH, PLLC**

*/s/ Andrew S. Golub*

Andrew S. Golub (Attorney-in-Charge)
Texas Bar No. 08114950
S.D. Tex. Federal ID No. 561130
asgolub@dowgolub.com
2700 Post Oak Blvd., Suite 1750
Houston, Texas 77056
Telephone: 713-526-3700
Fax: 713-526-3750

*Counsel for Defendant Cory Close*

**CERTIFICATE OF SERVICE**

I certify that on October 2, 2026, this instrument was served on all counsel of record through the Court's CM/ECF system in accordance with Federal Rule of Civil Procedure 5.

*/s/ Andrew S. Golub*
Andrew S. Golub